| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELAINE DUKES, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO.   05-01108 SC |
| | ) | |
| v. | ) | STIPULATION AND ORDER EXTENDING |
| | ) | DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) | RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on September 1, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on October 3, 2005.

///

///

///

///

///

///

---

[1] See attached Declaration of Caryn Goot.

This is defendant's first request.

Dated: August 30, 2005          /s/
                                TONY ARJO
                                Attorney for Plaintiff

                                KEVIN V. RYAN
                                United States Attorney

Dated: August 30, 2005    By:   /s/
                                SARA WINSLOW
                                Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 1, 2005        SAMUEL
                                United

*[Signature: Judge Samuel Conti — United States District Court, Northern District of California seal]*

DUKES, EXT.MXSJ (cg)
C 05-01108 SC                           2

KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE DUKES,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: C 05-01108<br><br>DECLARATION OF CARYN L. GOOT IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, **CARYN L. GOOT**, declare and state as follows:

    1.    I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX, in San Francisco, California. I am the attorney assigned to this case.

    2.    I am requesting an extension of time to file defendant's response to plaintiff's motion for summary judgment, due to the press of workload.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in San Francisco, California on August 25, 2005.

By      /s/
        **CARYN L. GOOT**
        Assistant Regional Counsel