```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7260
       Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

|     |                          |                                                   |
| --- | ------------------------ | ------------------------------------------------- |
|  9  |           UNITED STATES DISTRICT COURT                                       ||
| 10  |           NORTHERN DISTRICT OF CALIFORNIA                                    ||
| 11  |           SAN FRANCISCO DIVISION                                             ||
| 12  | ELAINE DUKES,            )                                                   |
| 13  |     Plaintiff,           ) CIVIL NO.   05-01108 SC                           |
| 14  |     v.                   ) STIPULATION AND ORDER EXTENDING                   |
|     |                          ) DEFENDANT'S TIME TO FILE                          |
| 15  | JO ANNE B. BARNHART,     ) RESPONSE TO PLAINTIFF'S                           |
|     | Commissioner of Social Security, ) MOTION FOR SUMMARY JUDGMENT               |
| 16  |                          )                                                   |
|     |     Defendant.           )                                                   |
| 17  | _____  )                                                   |

18    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19  approval of the Court, that defendant Commissioner may have an extension additional of 3 days in

20  which to file her response to plaintiff's motion for summary judgment.  Defendant's response was due

21  on September 1, 2005, pursuant to Civil L.R.16-5 and extended to October 3, 2005.  Because the

22  receipt of the draft motion from the Social Security Administration has been delayed, Defendant's

23  response is now due on October 6, 2005.

24  ///

25  ///

26  ///

27  ///

28  ///

This is defendant's second request.

Dated: October 3, 2005              /s/
                                    TONY ARJO
                                    Attorney for Plaintiff

                                    KEVIN V. RYAN
                                    United States Attorney

Dated: October 3, 2005     By:      /s/
                                    KATHERINE DOWLING, for
                                    SARA WINSLOW
                                    Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 6, 2005

IT IS SO ORDERED
Judge Samuel Conti

DUKES, EXT.MXSJ (cg)
C 05-01108 SC                           2